The Board's decision to dismiss Mr. Glover's appeal for untimeliness is affirmed. We cannot issue an advisory opinion to Mr. Glover to answer his question of whether he may still make a one-time payment to avoid the reduction of his civil service annuity. We may, however, urge him to read the footnote in the Board's opinion and, if necessary, obtain some assistance to be able to understand the meaning of that footnote.

James F. DAVIS, Myron J. Allquist, Lee Armstrong, Carlos Davila, Trudy Dishrud, Duane Eldridge, Carlton G. Evans, Kenneth Ferris, Thomas Fitzgerald, Sharon Gaston, Larry Gibbs, Michael I. Goar, William L. Green, Sr., Frederick W. Greenfield, Steven R. Guercio, Dwight A. Haynes, Albert Hefner, Dennis Henderson, Gary R. Hendricks, James Hudson, Troy Hutchinson, William Johnson, Ken Jones, Christopher Kuhn, Joe Lewis, Thomas Malone, Robert S. Martinez, Michael D. Massey, James E. Maute, Don E. McDonald, Michael Morrison, Robin O'Connor, Donald Pennington, Andrew W. Perkins, Lopez M. Scott, Brenda Smith, Chuck L. Smith, Donny A. Smith, Rodney Spencer, Sonya Stanley, Charles A. Streat, Joe T. Sullivan, Johnie Terry, Richard A. Thornhill, Edward J. Williams, James Wilson, James P. Winters, Edward Wright, and David R. Yockel, Plaintiffs–Appellants,

**and**

Anthony Primus, Charles Howard, and Thomas Trachsel, Plaintiffs,

v.

Donald H. RUMSFELD, Secretary of Defense, Donna J. Snyder, Human Resources Director, Department of the Navy, Pamela Pines, Regional Administrator, Department of the Navy, and Captain James L. O'Keefe III, Program Manager for Security, Department of the Navy, Defendants–Appellees.

No. 03–1112.

United States Court of Appeals, Federal Circuit.

June 4, 2003.

Before CLEVENGER, Circuit Judge, PLAGER, Senior Circuit Judge, and LINN, Circuit Judge.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.